UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br><br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME AND AMEND THE SCHEDULING ORDER**<br><br>Judge: Hon. Dale S. Fischer<br><br>Am. Complaint Filed: Oct. 10, 2024<br>Trial Date: March 3, 2026 |

**IT IS ORDERED:**

1. Plaintiffs' deadline to file a Second Amended Complaint is December 9, 2024;

2. Defendants' deadline to respond to the Second Amended Complaint is January 13, 2024; and

3. To accommodate the filing of the pleadings, the deadlines found in the Courts Scheduling Order shall be amended as follows:

- Discovery Cut-Off – 6/30/2025
- Expert Witness Exchange Deadline:
  - Initial: 8/29/2025
  - Rebuttal: 9/30/2025
  - Cut-off: 11/3/2025
- Motion Hearing Cut-off: 1/26/2026

- ADR Cut-off: 2/9/2026
- Trial Documents (Set One): 3/16/2026
- Trial Documents (Set Two): 3/23/2026
- Final Pre-Trial Conference: 4/6/2026
- Trial Date: 5/5/2026

Dated: November 21, 2024

Hon. Dale. S. Fischer
UNITED STATES DISTRICT JUDGE