Jeffrey Tsai (SBN 226081)
*jeff.tsai@us.dlapiper.com*
Colin McGrath (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000 | Fax: 310.595.3300

Sam Bodle (SBN 338507)
*sam.bodle@us.dlapiper.com*
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500 | Fax: 415.836.2501

*Attorneys for Plaintiff and Counterclaim-Defendant*
*M&N LUXURY AV, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br><br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING TIME AND MODIFYING SCHEDULING ORDER**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: 03.05.2024<br>Sec. Am. Complaint: 03.18.2025<br>Discovery Cut-Off Date: 10.01.2025<br>Last Day for Hearing Motions: 01.26.2026<br>Pre-Trial Conference Date: 04.06.2026<br>Trial Date: 05.05.2026 |
| BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company,<br><br>Counterclaim-Plaintiffs, | |

v.

M&N LUXURY AV, LLC, a California limited liability company,

Counterclaim-Defendant.

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil L.R. 7-1, Plaintiff and Counterclaim-Defendant M&N Luxury AV, LLC ("Plaintiff"), and Defendants and Counterclaim-Plaintiffs Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, and Bang & Olufsen Operations A/S ("Defendants," and together with Plaintiff, the "Parties",) by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS,** on March 5, 2024, Plaintiff filed the Complaint;

**WHEREAS,** on October 10, 2024, Plaintiff filed the First Amended Complaint;

**WHEREAS,** on November 8, 2024, Plaintiff and Defendants filed a Joint Stipulation to Extend Time and Amend the Scheduling Order (ECF 79) after their meet and confers on November 4, 2024, and November 6, 2024;

**WHEREAS,** on November 21, 2024, the Court granted the Joint Stipulation to allow Plaintiff (and its then two co-plaintiffs) to file a Second Amended Complaint by December 9, 2024 (ECF 80) ("Original Scheduling Order");

**WHEREAS,** on January 7, 2025, the Court entered the following electronic order: "Plaintiff has failed to file a second amended complaint within the time allowed by the Court. Defendants' deadline to file an answer to the first amended complaint or a responsive motion is January 28, 2025." (ECF 85);

**WHEREAS**, on January 13, 2025, Defendants filed and served their Motion to Dismiss (ECF 85) ("Motion to Dismiss");

**WHEREAS,** on March 10, 2025, following a change of counsel, Plaintiff (and its then co-plaintiffs) filed a Motion for Leave to Amend First Amended Complaint and Modify Scheduling Order ("Motion for Leave");

**WHEREAS**, on March 18, 2025, the Court entered an order (ECF 96)

granting the Motion for Leave, denying as moot Defendants' Motion to Dismiss, and requiring Plaintiff to file the Second Amended Complaint no later than March 21, 2025;

**WHEREAS**, on March 18, 2025, Plaintiff filed its Second Amended Complaint (ECF 97);

**WHEREAS**, on April 1, 2025, the Parties filed a Joint Stipulation to Extend Time and Modify the Original Scheduling Order (ECF 102), which the Court granted on the same date (ECF 103) ("Scheduling Order");

**WHEREAS**, on April 1, 2025, Defendants filed an Answer to the Second Amended Complaint ("Answer"), including counterclaims against Plaintiff ("Counterclaims") and a third-party claim against Plaintiff's Managing Director, Mr. David Junk ("Third-Party Claim") (ECF 104);

**WHEREAS**, pursuant to the Parties' agreement, discovery began on April 1, 2025 following the filing of Defendants' Answer and Counterclaims;

**WHEREAS**, on April 21, 2025 and May 2, 2025, following meet and confers between the Parties pursuant to L.R. 7-3, and Defendants' confirmation of their intention to amend their Counterclaims, the Parties agreed to extend Plaintiff's deadline to file an answer or responsive motion to the Counterclaims. The Court granted both requested extensions on April 21, 2025 (ECF 110) and May 6, 2025 (ECF 112) respectively;

**WHEREAS,** on May 30, 2025, Defendants filed an Amended Answer and Counterclaims (ECF 113) ("Amended Counterclaims");

**WHEREAS,** on June 13, 2025, Plaintiff timely filed a Motion to Dismiss Defendant's Amended Counterclaims, which Defendants oppose, and which Motion is due to be heard by the Court on September 8, 2025 (ECF 119);

**WHEREAS,** on August 7, 2025, Defendants filed a Motion for Leave to File Motion for Partial Summary Judgment, which Plaintiff opposes, and which is

due to be heard by the Court on September 22, 2025 (ECF 125);

**WHEREAS,** since the opening of discovery the Parties have been engaged in detailed, protracted and sustained meet and confer discussions relating to the scope and content of discovery, including document collection and review;

**WHEREAS,** the Parties are now in the process of resolving the final outstanding issues between them relating to document collection and review, and have agreed that a 6-month extension to the Discovery Cut-off Deadline, and the procedural deadlines which follow in the Scheduling Order, will enable them to successfully complete fact discovery ("Requested Extensions");

**WHEREAS**, without the Requested Extensions, the Parties will be prejudiced by not having sufficient time under the current Scheduling Order to facilitate resolution of their meet and confer process and to undertake and complete fact discovery;

**WHEREAS**, the Parties have, for good cause, previously jointly stipulated for extensions of time in this case (ECF 12, 58, 78, 79, 89, 102, 109, 111 and 120), which requests the Court granted.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The deadlines found in the Court's Scheduling Order shall be amended as follows:

   a. The Parties shall complete their document productions by October 31, 2025;

   b. The Discovery Cut-off Deadline shall be extended from October 1, 2025 to April 1, 2026;

   c. The Initial Expert Witness Exchange Deadline shall be extended from October 29, 2025 to May 1, 2026;

   d. The Rebuttal Expert Witness Exchange Deadline shall be extended

from November 28, 2025 to June 1, 2026;

e. The Expert Witness Cut-Off Deadline shall be extended from December 8, 2025 to June 12, 2026;

f. The Motion Hearing Cut-Off Deadline shall be extended from January 26, 2026 to July 27, 2026;

g. The ADR Cut-Off Deadline shall be extended from February 20, 2026 to August 20, 2026;

h. The Trial Documents (Set One) Deadline shall be extended from March 16, 2026 to September 16, 2026;

i. The Trial Documents (Set Two) Deadline shall be extended from March 23, 2026 to September 23, 2026;

j. The Final Pretrial Conference shall take place on October 19, 2026.

k. The Trial Date shall be extended from May 5, 2026 to November 17, 2026.

Dated: August 26, 2025

Respectfully submitted,

DLA PIPER LLP (US)

By: /s/ *Jeffrey E. Tsai*
Jeffrey E. Tsai
Colin McGrath
Sam Bodle
*Attorneys for Plaintiff and Counterclaim-Defendant*
*M&N LUXURY AV, LLC*

K&L GATES LLP

By: /s/ *Christopher S. Finnerty*
Christopher S. Finnerty
Lindsay S. Bishop
*Attorneys for Defendants and*

*Counterclaim-Plaintiffs*
*BANG & OLUFSEN AMERICA INC, BANG & OLUFSEN A/S, B&O PLAY A/S and BANG & OLUFSEN OPERATIONS A/S*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

The undersigned attests pursuant to Local Rule 5-4.3.4 that concurrence in the filing of this document and the authorization to file from each of the other signatories hereto.

Dated: August 26, 2025

Respectfully submitted,

DLA PIPER LLP (US)

By: /s/ *Jeffrey E. Tsai*
Jeffrey E. Tsai
Colin McGrath
Sam Bodle
*Attorneys for Plaintiff and Counterclaim-Defendant*
*M&N LUXURY AV, LLC*