**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br><br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME AND MODIFYING SCHEDULING ORDER**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: 03.05.2024<br>Sec. Am. Complaint: 03.18.2025<br>Discovery Cut-Off Date: 10.01.2025<br>Last Day for Hearing Motions: 01.26.2026<br>Pre-Trial Conference Date: 04.06.2026<br>Trial Date: 05.05.2026 |
| BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>M&N LUXURY AV, LLC, a California limited liability company,<br><br>Counterclaim-Defendant. | |

**[PROPOSED] ORDER**

On August 26, 2025, Plaintiff and Counterclaim-Defendant M&N Luxury AV, LLC ("Plaintiff"), and Defendants and Counterclaim-Plaintiffs Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, and Bang & Olufsen Operations A/S ("Defendants," and together with Plaintiff, the "Parties") submitted their Joint Stipulation and Request for Order Extending Time and Modifying Scheduling Order ("Stipulation"). That Stipulation requested an extension to the Discovery Cut-off Deadline and the deadlines following it under the current Scheduling Order.

There being GOOD CAUSE SHOWN, the Court hereby orders as follows:

1. The deadlines found in the Court's Scheduling Order shall be amended as follows:

   a. The Parties shall complete their document productions by October 31, 2025;
   b. The Discovery Cut-off Deadline shall be extended from October 1, 2025 to April 1, 2026;
   c. The Initial Expert Witness Exchange Deadline shall be extended from October 29, 2025 to May 1, 2026;
   d. The Rebuttal Expert Witness Exchange Deadline shall be extended from November 28, 2025 to June 1, 2026;
   e. The Expert Witness Cut-Off Deadline shall be extended from December 8, 2025 to June 12, 2026;
   f. The Motion Hearing Cut-Off Deadline shall be extended from January 26, 2026 to July 27, 2026;
   g. The ADR Cut-Off Deadline shall be extended from February 20, 2026 to August 20, 2026;
   h. The Trial Documents (Set One) Deadline shall be extended from March 16, 2026 to September 16, 2026;

i. The Trial Documents (Set Two) Deadline shall be extended from March 23, 2026 to September 23, 2026;

j. The Final Pretrial Conference shall take place on October 19, 2026.

k. The Trial Date shall be extended from May 5, 2026 to November 17, 2026.

Dated: By:______________________________

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE