Zachary T. Timm
Zach.Timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Christopher S. Finnerty, *(Admitted Pro Hac Vice)*
Chris.Finnerty@klgates.com
Lindsay S. Bishop, (*Admitted Pro Hac Vice*)
Lindsay.Bishop@klgates.com
John C. Blessington, (*Admitted Pro Hac Vice*)
John.Blessington@klgates.com
**K&L GATES LLP**
One Congress Street, Suite 2900
Boston, Massachusetts 02114
Telephone: +1 617 261 3123
Facsimile: +1 617 261 3175

*Attorneys for Defendants Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, and Bang & Olufsen Operations A/S*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25, Defendants. <br><br> And related counterclaims. | Case No. 2:24-cv-02230-DSF-KES <br><br> Hon. Dale S. Fischer <br><br> **STIPULATION TO DISMISSAL OF COUNTERCLAIM AND TIME TO RESPOND TO AMENDED COUNTERCLAIMS** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil L.R. 7-1, Plaintiff M&N Luxury AV, LLC ("Plaintiff"), on the one hand, and Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, Bang & Olufsen Operations A/S ("Defendants"), on the other hand, by and through their respective counsel, hereby respectfully submit this Joint Stipulation to Dismissal of Counterclaim and Time to Respond to Amended Counterclaims and agree and stipulate as follows with reference to the following facts:

**WHEREAS**, Plaintiff filed a Second Amended Complaint on March 18, 2025 (DE 97);

**WHEREAS**, Defendants filed an Answer to Plaintiff's Second Amended Complaint, along with Affirmative Defenses, Counterclaims, and Third-Party Complaint on April 1, 2025 (DE 104);

**WHEREAS**, Defendants filed a First Amended Answer to Plaintiff's Second Amended Complaint, along with Affirmative Defenses, and Amended Counterclaims on May 30, 2025 (DE 118);

**WHEREAS**, Plaintiff filed a Motion to Dismiss Defendants' Amended Counterclaims on June 13, 2025 (DE 119);

**WHEREAS**, Plaintiff's Motion to Dismiss Defendants' Amended Counterclaims was granted in part and denied in part on September 26, 2025 (DE 139);

**WHEREAS**, following the Court's ruling, Defendants' deadline to file further amended counterclaims is October 14, 2025 (DE 139) and Defendants' failure to file further amended counterclaims by that date will waive the right to do so;

**WHEREAS**, the Court's ruling did not grant Defendants leave to add new counterdefendants or new counterclaims, and required the Court's leave to add new counterdefendants or new counterclaims - through a separate, properly noticed motion.

1

**JOINT STIPULATION TO DISMISSAL OF COUNTERCLAIM AND TIME TO RESPOND TO AMENDED COUNTERCLAIMS**

WHEREAS, Plaintiff's current deadline to answer Defendants' Amended Counterclaims, if no further amended counterclaims are filed, is October 28, 2025 (DE 139); and

WHEREAS, upon meeting and conferring, the Parties have agreed that Defendants will dismiss their Counterclaim No. 3 (Breach of Contract (as to the Mediation Agreement)) without waiver of Defendants' right to re-assert such claim by way of a new counterclaim (through a separate, properly noticed motion), Defendants will not file further amended counterclaims, and Plaintiff will file its Answer on or before October 28, 2025 consistent with the Court's Order.

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record, hereby stipulate and agree that:

1. Following the Court's September 26, 2025 ruling, the Parties stipulate to the dismissal of Defendants' Counterclaim No. 3;

2. Defendants will not file further amended counterclaims; and

3. Plaintiff will file its Answer to Defendants' Amended Counterclaims on or before October 28, 2025.

Dated: October 14, 2025                    Respectfully submitted,

**K&L GATES LLP**

By: */s/ Zachary Timm*
Zachary T. Timm
Christopher S. Finnerty (*admitted pro hac vice*)
Lindsay S. Bishop (*admitted pro hac vice*)
John C. Blessington (*admitted pro hac vice*)
*Attorneys for Defendants and Counterclaim-Plaintiffs*

*BANG & OLUFSEN AMERICA INC, BANG & OLUFSEN A/S, B&O PLAY A/S and BANG & OLUFSEN OPERATIONS A/S*

2

**JOINT STIPULATION TO DISMISSAL OF COUNTERCLAIM AND TIME TO RESPOND TO AMENDED COUNTERCLAIMS**

1

2

**DLA PIPER LLP (US)**

3    By:  */s/ Sam Bodle*

4    Jeffrey E. Tsai
    Colin McGrath

5    Sam Bodle

6    *Attorneys for Plaintiff and Counterclaim-*

7    *Defendant*
    *M&N LUXURY AV, LLC*

8

9    **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

10    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed,

11  and on whose behalf this filing is submitted, concur in the filing's content and have

12  authorized the filing.

13  Dated: October 14, 2025

14    By:  */s/ Zachary Timm*

15    Zachary T. Timm

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO DISMISSAL OF COUNTERCLAIM AND TIME TO RESPOND TO AMENDED COUNTERCLAIMS**