UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation, BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br>Defendants.<br><br>And related counterclaims. | Case No. 2:24-cv-02230-DSF-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISSAL OF COUNTERCLAIM AND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>Judge: Hon. Dale S. Fischer<br><br>Complaint Filed: March 5, 2024<br>Trial Date: November 17, 2026 |

# [PROPOSED] ORDER

Having considered the Stipulation to Dismissal of Counterclaim and Time to Respond to Amended Counterclaims filed by Plaintiff M&N Luxury AV LLC ("Plaintiff") and Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, Bang & Olufsen Operations A/S, ("Defendants"), and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' Counterclaim No. 3 (Breach of Contract (as to the Mediation Agreement)) is dismissed.
2. Plaintiff's Answer to Defendant Bang & Olufsen America, Inc.'s Amended Counterclaims is due on or before October 28, 2025.

Dated:

By: _____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE