**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M&N LUXURY AV, LLC, a California limited liability company,

Plaintiff,

v.

BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,

Defendants.

BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company,

Counterclaim-Plaintiffs,

v.

M&N LUXURY AV, LLC, a California limited liability company,

Counterclaim-Defendant.

Case No. 2:24-cv-02230-DSF-KES

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER**

Judge: Hon. Dale S. Fischer
Trial Date: November 17, 2026

**[PROPOSED] ORDER**

Having considered Plaintiff M&N Luxury AV, LLC's Ex Parte Application to Modify Scheduling Order, and the opposition thereto, it is HEREBY ORDERED that the Ex Parte Application is GRANTED.

There being GOOD CAUSE SHOWN, the Court hereby orders as follows:

1. The deadlines found in the Court's Scheduling Order shall be amended as follows:

    a. The Discovery Cut-Off Deadline shall be extended from April 1, 2026 to August 31, 2026;

    b. The Initial Expert Witness Exchange Deadline shall be extended from May 1, 2026 to July 21, 2026;

    c. The Rebuttal Expert Witness Exchange Deadline shall be extended from June 1, 2026 to August 20, 2026;

    d. The Expert Witness Cut-Off Deadline shall be extended from June 12, 2026 to August 31, 2026;

    e. The Motion Hearing Cut-Off Deadline shall be extended from July 27, 2026 to October 20, 2026;

    f. The ADR Cut-Off Deadline shall be extended from August 20, 2026 to November 3, 2026;

    g. The Trial Documents (Set One) Deadline shall be extended from September 16, 2026 to December 8, 2026;

    h. The Trial Documents (Set Two) Deadline shall be extended from September 23, 2026 to December 15, 2026;

    i. The Final Pretrial Conference shall be extended from October 19, 2026 to December 28, 2026;

///

///

j. The Trial Date shall be extended from November 17, 2026 to January 26, 2027.

Dated:

____________________________________
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE