Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Plaintiff M&N LUXURY AV, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br><br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>Hon. Dale S. Fischer<br><br>**JOINT WITNESS LIST**<br><br>TRIAL DATE: November 17, 2026<br><br>PTC Date: October 19, 2026<br>TIME: 3:00 p.m.<br><br>COURTROOM: 7D |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counterclaim-Defendant M&N Luxury AV LLC, a California limited liability company ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, and Bang & Olufsen Operations A/S (collectively, "B&O"), by and through their undersigned attorneys of record, submit this joint Witness List pursuant to the Court's civil trial order and LR 16-5.

The parties have met and conferred on several occasions regarding the witness lists and other trial filings. In light of the fact that each of the parties intends to call some of the same witnesses in their respective cases in chief, and in order to promote efficiency during trial, the parties have agreed to propose that each witness be called a single time, with the offering party's direct exam, followed both by cross-exam by the other party and also the other party's direct exam, to the extent needed, to be followed by re-direct by the offering party, as well as cross following the other party's direct. As such, the parties' cross-exam will not be limited to the scope of the witnesses' direct exam. The parties have structured the witness list below in accordance with this proposal.

The parties note that the jury trial in this matter is scheduled to commence on Tuesday, November 17, 2026. Given the number of witnesses and their estimated time for examination as set forth in the accompanying Joint Witness Estimate Form, it is anticipated that the trial as scheduled will extend well past the Thanksgiving holiday.

The parties each respectfully reserve the right to supplement and revise the witness list before or during trial as may prove necessary.

DATED: September 16, 2026

**THE FREEDMAN FIRM PC**

By: */s/ Michael G. Freedman*

Michael G. Freedman

*Attorney for Plaintiff and Counterclaim-Defendant M&N LUXURY AV, LLC*

**K&L GATES LLP**

By: */s/ Johnathan A. Coleman*

Johnathan A. Coleman
Christopher S. Finnerty (*Pro Hac Vice*)
Lindsay S. Bishop (*Pro Hac Vice*)
John C. Blessington (*Pro Hac Vice*)

*Attorneys for Defendants and Counterclaim-Plaintiffs*

*Pursuant to L.R.5-4.3,4, I attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Michael G. Freedman*

Michael G. Freedman

**JOINT TRIAL WITNESS ESTIMATE FORM**

CASE: M&N Luxury AV LLC v. Bang & Olufsen America, Inc., Case No. **24-cv-02230-DSF-KES**

TRIAL DATE: November 17, 2026

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE[1] | X-EXAMINER'S ESTIMATE[2] | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1 | Junk, David | M&N: 8 hours | B&O: 4 hours | Full relationship history; Schedule 24 negotiation trail; payment practices and B&O's course of conduct; the 2023 loan; termination notices and next-day cure; Costanzo store-takeover offer and timing; inventory repurchase requests; trade libel damages (lost sale, lost salespeople); Sound & Shades transition. | |
| 2 | Moore, Douglas | M&N: 8 hours | B&O: 4 hours | Batch-payment practice explaining apparent late payments; Nov./Dec. 2023 inventory spreadsheets and valuation methodology; serial-number production; Sound & Shades customer communications and marketing materials (no "authorized dealer" holding-out). | |

[1] Estimate includes party's direct, re-direct, and response to other party's direct exam

[2] Estimate includes party's cross-exam in response to other party's direct and party's own direct of witness

| | | | | | |
|---|---|---|---|---|---|
| 3 | Change, Christine | M&N: 3 hours | B&O: 1.5 hours | Payment timing and bookkeeping practices | |
| 4 | Grobstein, Howard (Expert, subject to MIL) | M&N: 8 hours | B&O: 4 hours | $13,167,000 total damages opinion (lost profits/interest, lost business value, lost expansion); rebuttal of Crockett's liquidated-damages theory | |
| 5 | Costanzo, Rick | B&O: 3 hours | M&N: 3 hours | Relationship between M&N and B&O; M&N’s performance; alleged competition; discussion of potential acquisition of M&N stores; termination of the Framework Agreement. | |
| 6 | Kristensen, Nikolaj | B&O: 3 hours | M&N: 3 hours | M&N’s negotiation of and requested changes to Framework Agreement terms; M&N’s payment history; B&O’s extension of loan; B&O provision of products to M&N; B&O product inventory. | |
| 7 | Jensen, Claus | B&O: 2 hours | M&N: 2 hours | M&N account history; M&N delinquency; B&O payment policies; M&N’s post-termination conduct. | |
| 8 | Crockett, B. Erin PHD, Director at NERA Economic Consulting (Expert, subject to MIL) | B&O: 4 hours | M&N: 4 hours | $15,973,176.30 total damages opinion (liquidated damages); rebuttal of Grobstein’s damages theories | |