Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Plaintiff M&N LUXURY AV, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br><br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>Hon. Dale S. Fischer<br><br>**JOINT EXHIBIT LIST**<br><br>TRIAL DATE: November 17, 2026<br><br>PTC Date: October 19, 2026<br>TIME: 3:00 p.m.<br><br>COURTROOM: 7D |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counterclaim-Defendant M&N Luxury AV LLC, a California limited liability company ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, and Bang & Olufsen Operations A/S (collectively, "B&O"), by and through their undersigned attorneys of record, submit this Joint Exhibit List pursuant to the Court's civil trial order and LR 16-6.

The parties have met and conferred on several occasions regarding the exhibit list and other trial filings. The parties intend to continue meeting and conferring to refine this exhibit list, including by aiming to agree to stipulations as to admissibility and to stipulated facts as much as possible before trial or providing objections before trial where a stipulation cannot be reached. The parties each respectfully reserve the right to supplement and revise the exhibit list before or during trial as may prove necessary.

DATED: September 16, 2026

**THE FREEDMAN FIRM PC**

By: *ǀsǀ Michael G. Freedman*

Michael G. Freedman

*Attorney for Plaintiff and Counterclaim-Defendant M&N LUXURY AV, LLC*

**K&L GATES LLP**

By: */s/ Johnathan A. Coleman*

Johnathan A. Coleman
Christopher S. Finnerty (*Pro Hac Vice*)
Lindsay S. Bishop (*Pro Hac Vice*)
John C. Blessington (*Pro Hac Vice*)

*Attorneys for Defendants and Counterclaim-Plaintiffs*

*Pursuant to L.R.5-4.3,4, I attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Michael G. Freedman*
Michael G. Freedman

# JOINT EXHIBIT LIST

| Ex. # | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Addendum to Licensed Dealer Agreement (4/5/17) | | | |
| | Master Retailer Agreement (11/14/17) | | | |
| | 2020 Agreement | | | |
| | 2021 Agreement | | | |
| | 2023 Agreement | | | |
| | Email dated October 6, 2019 from Ulrich Wohn to David Junk, with attached Schedule 24 (ECF 157-5) | | | |
| | Email dated October 27, 2019 from Ulrich Wohn to David | | | |

| | | | | |
|---|---|---|---|---|
| | Junk, with attached Schedule 24 (ECF 157-6) | | | |
| | Email dated December 19, 2019 from David Junk to B&O (ECF 157-7) | | | |
| | Email dated January 10, 2020 from David Junk to B&O (ECF 157-8) | | | |
| | Email dated February 25, 2020 from Aaron McCarty to David Junk, with attached Schedule 24 (ECF 157-9) | | | |
| | Email dated February 28, 2020 from Aaron McCarty to David Junk, with attached Framework Agreement and | | | |

| | | | | |
|---|---|---|---|---|
| | Schedule 24 (ECF 157-10) | | | |
| | Email dated February 28, 2020 from David Junk to B&O, with attached executed Framework Agreement (ECF 157-11) | | | |
| | Email dated October 6, 2021 from Nilas Porsman to David Junk, with attached Schedule 24 (ECF 157-12) | | | |
| | Communication dated October 19, 2023 from Nikolaj Kristensen to David Junk, with proposed Schedule 24 (ECF 157-13) | | | |
| | Payment record dated May 9, 2024 | | | |

| | | | | |
|---|---|---|---|---|
| | reflecting payment of $88,646.14 (ECF 157-14) | | | |
| | Email dated December 2, 2024 from David Junk to Juha Christensen (ECF 157-15) | | | |
| | Email dated December 4, 2023 from Douglas Moore to Nikolaj Fruensgaard Kristensen, with attached inventory spreadsheet (ECF 157-16) | | | |
| | Email dated December 18, 2023 from Douglas Moore to Nikolaj Fruensgaard Kristensen (ECF 157-17) | | | |

| | | | | |
|---|---|---|---|---|
| | Email dated November 1, 2024 from Douglas Moore to Jonathan Gurney (ECF 157-18) | | | |
| | Excerpt from B&O's January 2024 quarterly investor call (ECF 157-19) | | | |
| | Email from Steven Plaskon to Monobrand distribution partner (ECF 157-20) | | | |
| | Letter dated March 15, 2024 from Steven L. Feldman to Rick Costanzo (ECF 157-21) | | | |
| | Email dated December 22, 2023 from Rick Costanzo to David Junk (ECF 157-22) | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | Email dated February 14, 2024 from Rick Costanzo to David Junk and Douglas Moore (ECF 157-22) | | | |
| | 2024 transition message guidance for Sound & Shades salespeople (ECF 157-23) | | | |
| | Email dated May 5, 2022 from Rick Costanzo to David Junk (ECF 157-24) | | | |
| | Spring 2024 Bang & Olufsen La Jolla Customer Experience Report (ECF 157-25) | | | |
| | Email dated December 10, 2021 from Claus Højmark | | | |

| | | | | |
|---|---|---|---|---|
| | Jensen to David Junk (ECF 157-27) | | | |
| | Sound & Shades postcard (ECF 157-28) | | | |
| | Sound & Shades marketing material (ECF 157-29) | | | |
| | Sound & Shades marketing material (ECF 157-30) | | | |
| | Representative weekly payment check-in communications (ECF 157-31) | | | |
| | Email dated January 3, 2022 from Nilas Porsman to Rick Costanzo (B&O_001578) (ECF 157-33) | | | |

| | | | | |
|---|---|---|---|---|
| | Email dated May 18, 2023 from Nikolaj Kristensen to B&O Treasury (B&O_002918) (ECF 157-34) | | | |
| | January 24, 2020 Pasadena Technical Drawings | | | |
| | February 10, 2020 Email re Store Checklist | | | |
| | February 13, 2020 Email re Store Merchandising | | | |
| | Monobrands Store Visit Checklist, February 19, 2020 | | | |
| | February 20, 2020 Email re Store Checklist Follow Up | | | |
| | February 26, 2020 Email re Store Stress Test Checklist | | | |
| | Monobrand Store Visit Checklist, | | | |

| | | | | |
|---|---|---|---|---|
| | Costa Mesa February 26, 2020 | | | |
| | April 6, 2021 Email Chain Between M&N and B&O | | | |
| | July 1, 2021 Email Chain between M&N and B&O | | | |
| | July 3, 2021 Email Chain between M&N and B&O | | | |
| | July 7, 2021 Email Chain Between M&N and B&O | | | |
| | August 11, 2021 Email Chain between M&N and B&O | | | |
| | August 22, 2021 Email Chain between M&N and B&O | | | |
| | September 5, 2021 Email Chain between M&N and B&O | | | |
| | September 6, 2021 Email Chain | | | |

| | | | | |
|---|---|---|---|---|
| | between M&N and B&O | | | |
| | September 27, 2021 Email Chain between M&N and B&O | | | |
| | September 28, 2021 Email Chain between M&N and B&O | | | |
| | October 2021 Personal Guaranty of Doug Moore | | | |
| | October 5, 2021 Email Chain between M&N and B&O | | | |
| | October 6, 2021 Email Chain between M&N and B&O | | | |
| | October 6, 2021 Email Chain between M&N and B&O | | | |
| | October 24, 2021 Email Chain | | | |

| | | | | |
|---|---|---|---|---|
| | between M&N and B&O | | | |
| | November 1, 2021 Email Chain between M&N and B&O | | | |
| | November 10, 2021 Email Chain between M&N and B&O | | | |
| | November 15, 2021 Email Chain between M&N and B&O | | | |
| | December 10, 2021 Email Chain Between M&N and B&O | | | |
| | May 4, 2022 Email Chain between M&N and B&O | | | |
| | August 24, 2022 Email Chain between M&N and B&O | | | |
| | October 25, 2022 Email Chain | | | |

| | | | | |
|---|---|---|---|---|
| | Between M&N and B&O | | | |
| | November 8, 2022 Email Chain Between M&N and B&O | | | |
| | February 15-17, 2023 Email Chain between M&N and B&O | | | |
| | March 22, 2023 Email Chain Between M&N and B&O | | | |
| | October 18, 2023 Letter from Kristensen to Junk | | | |
| | November 22, 2023 Email Chain between M&N and B&O | | | |
| | December 29, 2023 Email between Tina Zeng and Doug Moore | | | |
| | Email from David Junk to Juha | | | |

| | | | | |
|---|---|---|---|---|
| | Christensen, January 31, 2024 | | | |
| | February 23, 2024 Email Chain Between M&N and B&O | | | |
| | June 20, 2024 Email Chain between M&N and B&O | | | |
| | Email from David Junk to Juha Christensen, August 30, 2024 | | | |
| | Letter from David Junk to Juha Christensen, December 1, 2024 | | | |
| | List of Marketing Fees | | | |
| | SF Meeting Follow Up Powerpoint | | | |
| | B&O: A California Success Story | | | |
| | Southern California Master Retailer Overview | | | |
| | Technical Drawings Pasadena | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | B&O's Response to ROGs, Set 1 | | | |
| | B&O's Response to RFPs, Set 1 | | | |
| | B&O's Responses to RFAs | | | |
| | B&O's Supplemental Response to RFAs, Set 1 | | | |
| | B&O's Second Supplemental Response to RFAs, Set 1 | | | |
| | B&O's Third Supplemental Objections and Responses to RFAs, Set 1 | | | |
| | B&O's Supplemental Interrogatory Responses | | | |
| | B&O's Response to RFAs, Set 2 | | | |

| | | | | |
|---|---|---|---|---|
| | B&O's Supplemental Response to RFAs, Set 2 | | | |
| | B&O's Response to RFAs, Set 3 | | | |
| | Chain of communications Bang & Olufsen sent to M&N regarding payment dated January 24, 2023, February 8, 2023, and February 13, 2023 (1) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment and available credit limit dated January 31, 2023. (2) | | | |
| | Communication Bang & Olufsen sent to M&N regarding | | | |

| | | | | |
|---|---|---|---|---|
| | payment and available credit limit dated March 3, 2023. (3) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment dated May 9, 2023. (4) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment dated May 18, 2023. (5) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment dated June 6, 2023. (6) | | | |
| | Communications Bang & Olufsen sent to M&N regarding | | | |

| | | | | |
|---|---|---|---|---|
| | payment dated July 5, 2023, July 21, 2023, and August 3, 2023. (7) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment dated July 21, 2023. (8) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment dated July 28, 2023. (9) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment and available credit limit dated August 7, 2023. (10) | | | |

| | | | | |
|---|---|---|---|---|
| | Communication Bang & Olufsen sent to M&N regarding payment and available credit limit dated August 17, 2023. (11) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment and available credit limit dated August 29, 2023. (12) | | | |
| | Communications Bang & Olufsen sent to M&N regarding payment dated September 1, 2023 and October 18, 2023. (13) | | | |
| | Communication Bang & Olufsen sent | | | |

| | | | | |
|---|---|---|---|---|
| | to M&N regarding payment dated October 13, 2023. (14) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment dated January 3, 2024. (15) | | | |
| | Communication Bang & Olufsen sent to M&N regarding payment dated February 19, 2024. (16) | | | |
| | Communication regarding B&O's extension of a loan to M&N in the size of its overdue amount, $298,905.62, dated May 18, 2023. (17) | | | |

| | | | | |
|---|---|---|---|---|
| | December 20, 2021 email regarding payment<br><br>B&O_001693 | | | |
| | January 1, 2023 email from B&O to M&N regarding payment and available credit limit<br><br>M&N_00004983 | | | |
| | January 24, 2023, February 8, 2023, and February 13, 2023 emails from B&O to M&N regarding payment<br><br>B&O_011026-31 | | | |
| | February 14, 2023 email from B&O to M&N regarding payment of invoices to release orders<br><br>ECF 38-12 | | | |

| | | | | |
|---|---|---|---|---|
| | March 3, 2023 email from B&O to M&N regarding payment and available credit limit<br><br>MN_00012817 | | | |
| | May 9, 2023 email from B&O to M&N regarding payment<br><br>B&O_004670 | | | |
| | May 18, 2023 communication from B&O to M&N regarding payment<br><br>B&O_003822-24 | | | |
| | May 18, 2023 email regarding B&O's extension of a loan to M&N in the amount of its overdue amount, $298,905.62<br><br>B&O_004672-73 | | | |

| | | | | |
|---|---|---|---|---|
| | June 6, 2023 email from B&O to M&N regarding payment<br><br>B&O_003828-30 | | | |
| | July 5, 2023, July 21, 2023, and August 3, 2023 emails from B&O to M&N regarding payment<br><br>B&O_002987-90 | | | |
| | July 21, 2023 email from B&O to M&N regarding payment<br><br>B&O_003855-57 | | | |
| | July 28, 2023 email from B&O to M&N regarding payment<br><br>B&O_004703 | | | |
| | August 7, 2023 email from B&O to M&N regarding payment and available credit limit | | | |

| | | | | |
|---|---|---|---|---|
| | MN_00004403 | | | |
| | August 17, 2023 email from B&O to M&N regarding payment and available credit limit<br><br>MN_00004392 | | | |
| | August 29, 2023 email from B&O to M&N regarding payment and available credit limit<br><br>MN_00004351 | | | |
| | September 1, 2023 and October 18, 2023<br>emails from B&O to M&N regarding payment<br><br>B&O_013279-80 | | | |
| | September 1, 2023 letter from B&O to M&N regarding | | | |

| | | | | |
|---|---|---|---|---|
| | M&N's irrevocability<br><br>ECF 38-3 | | | |
| | October 13, 2023 email from B&O to M&N regarding payment<br><br>B&O_004368-69 | | | |
| | October 18, 2023 letter from B&O to M&N notifying M&N of its overdue balance of $158,622.77 and enclosing Schedule 24<br><br>ECF 38-4 | | | |
| | January 3, 2024 email from B&O to M&N regarding payment<br><br>B&O_004416-18 | | | |
| | February 19, | | | |

| | | | | |
|---|---|---|---|---|
| | 2024 email from B&O to M&N regarding payment<br><br>B&O_004440-41 | | | |
| | M&N Payment History<br><br>ECF 38-10 | | | |
| | February 14, 2024 B&O Notice of Termination<br><br>MN_00014902 | | | |
| | February 14, 2024 Letter to M&N from B&O regarding sale of business<br><br>ECF 38-6 | | | |
| | May 8, 2024 B&O Notice of Termination<br><br>MN_00034636 | | | |
| | July 10, 2024 letter from B&O to M&N regarding B&O's | | | |

| | | | | |
|---|---|---|---|---|
| | repurchase of inventory<br><br>ECF 156-32 | | | |
| | August 26, 2024 letter from B&O to M&N regarding B&O’s repurchase of inventory<br><br>ECF156-33 | | | |
| | September 17, 2024 letter from B&O to M&N regarding B&O’s repurchase of inventory<br><br>ECF 156-34 | | | |
| | September 17, 2024 letter from B&O to M&N regarding M&N’s use of B&O intellectual property<br><br>ECF 156-35 | | | |
| | October 2, 2024 letter with photos, from B&O to M&N | | | |

| | | | | |
|---|---|---|---|---|
| | regarding M&N's use of B&O's intellectual property<br><br>ECF 158-18 | | | |
| | M&N's Supplemental Responses and Objections to B&O's First Set of Requests for Admissions, (Nos. 14, 15)<br><br>ECF 156-36 | | | |
| | M&N's Supplemental Responses and Objections to B&O's First Set of Interrogatories, (Nos. 3, 4, 14, 15)<br><br>ECF 156-37 | | | |
| | M&N's Responses and Objections to B&O's Requests for Admission (Set | | | |

| | | | | |
|---|---|---|---|---|
| | Two) (Nos. 18, 19, 22, 23, 28, 33, 38) | | | |
| | April 20, 2026 correspondence from counsel for M&N supplementing responses to Interrogatory Nos. 3 and 4<br><br>ECF 156-38 | | | |
| | M&N's sales data spreadsheet (produced by M&N on October 31, 2025)<br><br>MN_00069600 | | | |
| | M&N's amended sales data spreadsheet (produced by M&N on April 20, 2026)<br><br>MN_00069607 | | | |
| | March 5, 2025 email marketing Sound & Shade | | | |

| | | | | |
|---|---|---|---|---|
| | ECF 118-2 | | | |
| | May 20, 2025 PageVault of M&N website marketing itself as Sound & Shades<br><br>ECF 118-3 | | | |
| | October 23, 2024 letter from David Junk to B&O Board Members and Shareholders<br><br>ECF 118-5 | | | |
| | November 15, 2024, Borsen Article<br><br>ECF 118-6 | | | |
| | LinkedIn Message from D. Junk to B&O board member<br><br>ECF 118-7 | | | |
| | December 4, 2024 Sound & Shades | | | |

| | | | | |
|---|---|---|---|---|
| | sales receipt for B&O product<br><br>ECF 144-9 | | | |
| | Feb. 18, 2025 sales receipt Sound & Shades sale of B&O product<br><br>ECF 144-10 | | | |
| | December 9, 2025 message from Mark and Mary Lipian<br><br>B&O_031739-740 | | | |
| | Feb. 25, 2025 email from Sound & Shades employee to customer regarding $178,000 payment<br><br>ECF 144-12 | | | |
| | December 8, 2025 Page Vault of M&N eBay storefront<br><br>ECF 144-20 | | | |

| | | | | |
|---|---|---|---|---|
| | April 16, 2025 correspondence between M&N and customer regarding sale of B&O products via eBay<br><br>MN_00055079 | | | |
| | December 8, 2025 PageVault of M&N eBay profile with list of B&O products sold by M&N<br><br>ECF 144-23 | | | |
| | December 8, 2025 PageVault of eBay page listing of seller profile and B&O products for sale<br><br>ECF 144-24 | | | |
| | December 15, 2024 eBay to D. Moore notifying him of eBay offer for B&O product listing | | | |

| | | | | |
|---|---|---|---|---|
| | MN_00051794 | | | |
| | February 9, 2025 eBay email to D. Moore notifying him of eBay offer for B&O product listing<br><br>MN_00055192-93 | | | |
| | April 18, 2025 email between D. Moore and eBay customer arranging purchase and sale of B&O products<br><br>MN_00055075 | | | |
| | May 12, 2025 email between D. Moore and eBay customer arranging purchase and sale of B&O products<br><br>MN_00003702 | | | |
| | M&N Master Inventory List, sheet "Master" | | | |

| | | | | |
|---|---|---|---|---|
| | MN_00001187 | | | |
| | Business Plan for So, Co, SF, and Chi (dated Oct. 8, 2024)<br><br>MN_00020516 | | | |
| | B&O Unilateral Price Policy and Price Grid (effective June 1, 2019)<br><br>MN00005021-23 | | | |
| | B&O Price List (dated December 9, 2022)<br><br>MN_00005066-131 | | | |
| | February 9, 2025 invoice for B&O product<br><br>MN_00059288; | | | |
| | May 12, 2025 email from eBay regarding sale of B&O product<br><br>MN_00051781-782 | | | |

| | | | | |
|---|---|---|---|---|
| | May 10, 2025 email from eBay regarding sale of B&O product<br><br>MN_00051784-785 | | | |
| | May 24, 2025 email from eBay regarding sale of B&O product<br><br>MN_00052045 | | | |
| | February 18, 2025 invoice of B&O product<br><br>MN_00068864 | | | |
| | May 12, 2025 correspondence between M&N and customer regarding sale of B&O products<br><br>MN_00003702-704 | | | |
| | April 18, 2025 correspondence between M&N and customer regarding | | | |

| | | | | |
|---|---|---|---|---|
| | sale of B&O products<br><br>MN_00055075-076 | | | |
| | MNAV 2018 through 2023 P&L by Store for Feb2026 Reporting.xlsx. | | | |
| | M&N Inventory Valuation as of September 2024<br><br>MN_00060400 | | | |
| | March 10, 2025 email from eBay to D. Moore's Sound & Shade email address regarding offer on B&O product<br><br>MN_00055101-102 | | | |
| | March 28, 2025 eBay email to D. Moore's Sound & Shade email address regarding offer on B&O product | | | |

| | | | | |
|---|---|---|---|---|
| | MN_00055004 | | | |
| | May 12, 2025 email from eBay to D. Moore's Sound & Shade email address regarding offer on B&O product<br><br>MN_00051783 | | | |
| | October 5, 2019 email exchange between David Junk and Ulrich Wohn regarding Framework Agreement<br><br>MN_00029777 | | | |
| | October 30, 2019 discussions regarding terms of agreements.<br><br>MN_00015542 | | | |
| | Email from December 18, 2019 regarding | | | |

| | | | | |
|---|---|---|---|---|
| | Framework Agreement<br><br>MN_00067048 | | | |
| | December 19, 2019 and December 28, 2019 emails from David Junk to Ulrich Wohn regarding Schedule 27 Goodwill Fee and negotiation of Framework Agreement<br><br>B&O_008030 | | | |
| | August 10, 2021 to August 22, 2021 emails between B&O and M&N<br><br>B&O_041222 | | | |
| | August 11, 2021 email between B&O and M&N<br><br>MN_00024625 | | | |

| | | | | |
|---|---|---|---|---|
| | August 11, 2021 emails between B&O and M&N, dated<br><br>B&O_001877-78 | | | |
| | September 27, 2021 to September 28, 2021 emails between B&O and M&N<br><br>B&O_001556-57 | | | |
| | September 27–28, 2021 emails between M&N and B&O<br><br>B&O_011010-11 | | | |
| | October 6, 2021 and October 12, 2021 emails between B&O and M&N, together with the attached Schedule 24<br><br>B&O_012634-36 | | | |
| | October 8, 2021 B&O communications | | | |

| | | | | |
|---|---|---|---|---|
| | regarding the upload of Schedule 24 to M&N's contract database<br>B&O_014229-30 | | | |
| | October 29, 2021 communication from David Junk to Elizabeth Montero<br><br>MN_00018376 | | | |
| | Schedule 24<br><br>MN_00000584 | | | |
| | July 1, 2022 email from David Junk to Christine Chang, forwarding the Framework Agreement, including Schedule 24<br><br>MN_00010605 | | | |
| | July 6, 2022 email requesting call between legal | | | |

| | | | | |
|---|---|---|---|---|
| | MN_00023089 | | | |
| | August 4, 2022 through August 19, 2022 emails between B&O and M&N regarding the Framework Agreement<br><br>MN_00000114 | | | |
| | August 4–18, 2022 emails between M&N and B&O<br><br>B&O_014622 | | | |
| | August 9, 2022 email discussing Framework Agreement<br><br>MN_00000017 | | | |
| | August 25, 2022 email negotiating Schedules to Framework Agreement<br><br>MN_00022621-696 | | | |

| | | | | |
|---|---|---|---|---|
| | August 19, 2022, August 18, 2022, August 9, 2022 and August 4, 2022 emails negotiating terms of the Framework Agreement<br><br>MN_00000114-117 | | | |
| | August 15-17, 2022 email discussing Framework Agreement<br><br>MN_00000376 | | | |
| | August 22, 2022 email discussing Framework Agreement<br><br>MN_00000410 | | | |
| | August 23-24, 2022 email discussing Framework Agreement<br><br>MN_00022711 | | | |

| | | | | |
|---|---|---|---|---|
| | August 25, 2022 email scheduling meeting between legal<br><br>MN_00000364 | | | |
| | May 5, 2023 email from David Junk to Christine Chang and Douglas Moore, forwarding the Framework Agreement and Schedule 24<br><br>MN_00004646 | | | |
| | M&N Luxury Pasadena LLC Balance Sheet as of December 31, 2020<br><br>MN_00008107 | | | |
| | M&N Southern California Balance Sheet as of December 31, 2019<br><br>MN_00008111-112 | | | |

| | | | | |
|---|---|---|---|---|
| | M&N Southern California Balance Sheet as of December 31, 2020<br><br>MN_00008113-115 | | | |
| | M&N Southern California Balance Sheet as of December 31, 2021<br><br>MN_00008108-110 | | | |
| | M&N Luxury Pasadena LLC Balance Sheet as of December 31, 2021<br><br>MN_00008106 | | | |
| | M&N Southern California Balance Sheet as of December 31, 2022<br><br>MN_00008100-104 | | | |
| | M&N Luxury Pasadena Balance Sheet as of December 31, 2022 | | | |

| | | | | |
|---|---|---|---|---|
| | MN_00008105 | | | |
| | M&N's Profit and Loss January-December 2023 (Excel)<br><br>MN_00002812 | | | |
| | M&N's Balance Sheet as of December 31, 2024<br><br>MN_00003752-756 | | | |
| | M&N's Profit and Loss Statement January – December 2024<br><br>MN_00002836-839 | | | |
| | M&N _San Francisco Profit and Loss January-December 2024<br><br>MN_00003757-759 | | | |
| | Sound & Shades Balance Sheet as of December 31, 2024 | | | |

| | | | | |
|---|---|---|---|---|
| | MN_00003760-761 | | | |
| | M&N Installation LLC Profit and Loss January – December 2024<br><br>MN_00003762-763 | | | |
| | M&N Luxury Balance Sheet as of December 31, 2024<br><br>MN_00003764-765 | | | |
| | M&N Luxury San Francisco Profit and Loss January – December 2024<br><br>MN_00057327-329 | | | |
| | M&N Luxury Installation Balance Sheet as of December 31, 2024<br><br>MN_00068869-870 | | | |
| | M&N Luxury Installation LLC Profit and Loss | | | |

| | | | | |
|---|---|---|---|---|
| | January – December 2024<br><br>MN_00068871-872 | | | |
| | M&N Luxury AV LLC Balance Sheet as of December 31, 2024<br><br>MN_00068873-877 | | | |
| | Sound & Shades Balance Sheet as of December 31, 2024<br><br>MN_00068878-879 | | | |
| | December 13, 2022 email with PowerPoint<br><br>B&O_001625-634 | | | |
| | November 6, 2023 email between M&N and B&O regarding potential purchase of M&N stores<br><br>MN_00053291-592 | | | |

| | | | | |
|---|---|---|---|---|
| | November 8, 2023 email from D. Moore to N. Kristensen attaching M&N's Profit and Loss and Balance Sheets from 2020-2022<br><br>MN_00054887-913 | | | |
| | October 25, 2024 email discussing establishing Sound & Shades as a dba.<br><br>MN_00014491 | | | |
| | August 15, 2024, August 16, 2024, August 26, 2024, and August 28, 2024 email correspondence discussing post-termination orders.<br><br>B&O_013939-943 | | | |
| | April 26, 2023 email recapping meeting | | | |

| | | | | |
|---|---|---|---|---|
| | with D. Junk and D. Moore<br><br>B&O_014976 | | | |
| | Email dated November 3, 2023 regarding weekly payment check-ins<br><br>MN_00021313-314 | | | |
| | Sound & Shades Business Plan<br><br>MN_00058212-227 | | | |
| | November 24, 2023 Meeting Notes<br><br>MN_00021272 | | | |
| | December 22, 2023 correspondence between M&N and B&O regarding M&N's intention to search for a buyer for M&N stores<br><br>MN_00021213 | | | |

| | | | | |
|---|---|---|---|---|
| | January 3, 2024 correspondence between M&N and B&O regarding termination of CI program<br><br>MN_00021204 | | | |
| | Declaration of D. Junk (ECF 32-2) and Framework Agreement | | | |
| | Declaration of D. Junk (ECF 61-2) | | | |
| | Declaration of C. Chang<br>(ECF 40-2) | | | |
| | Declaration of D. Moore (ECF ) | | | |
| | Declaration of K. Yin<br>B&O_047764-76 | | | |