Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Plaintiff M&N LUXURY AV, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br><br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>Hon. Dale S. Fischer<br><br>**STATUS REPORT REGARDING SETTLEMENT**<br><br>TRIAL DATE: November 17, 2026<br><br>PTC Date: October 19, 2026<br>TIME: 3:00 p.m.<br><br>COURTROOM: 7D |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counterclaim-Defendant M&N Luxury AV LLC, a California limited liability company ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, and Bang & Olufsen Operations A/S (collectively, "B&O"), by and through their undersigned attorneys of record, submit this Status Report Regarding Settlement pursuant to the Court's civil trial order and the Local Rules.

The parties met and conferred on September 9, 2026 to discuss settlement as well as other pretrial matters. The parties discussed prior attempts at settlement before M&N's current trial counsel was involved in the case, and agreed to focus on continued settlement discussions before trial. Specifically, the parties previously mediated shortly after the case was first filed, and more recently after M&N's prior counsel DLA Piper was retained before the Honorable Margaret A. Nagle (Ret.). In light of M&N having retained new counsel, the approaching trial date, and the Court's ruling denying B&O's motion for summary judgment, the parties agree that it would be worthwhile to resume settlement discussions. To that end, the parties have agreed to confer with one another in the near term regarding settlement and potentially to re-enage a mediator for further mediation efforts.

DATED: September 16, 2026

**THE FREEDMAN FIRM PC**

By: /s/ Michael G. Freedman

Michael G. Freedman

*Attorney for Plaintiff and Counterclaim-Defendant M&N LUXURY AV, LLC*

**K&L GATES LLP**

By: */s/ Johnathan A. Coleman*
Johnathan A. Coleman
Christopher S. Finnerty (*Pro Hac Vice*)
Lindsay S. Bishop (*Pro Hac Vice*)
John C. Blessington (*Pro Hac Vice*)

*Attorneys for Defendants and Counterclaim-Plaintiffs*

*Pursuant to L.R.5-4.3,4, I attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Michael G. Freedman*
Michael G. Freedman