Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Plaintiff M&N LUXURY AV, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC. a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1-25,<br><br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>Hon. Dale S. Fischer<br><br>**DECLARATION OF MICHAEL G. FREEDMAN IN SUPPORT OF M&N LUXURY AV, LLC'S OPPOSITION TO MOTION IN LIMINE NO. 1 TO EXCLUDE HOWARD B. GROBSTEIN'S TESTIMONY [DKT. 163]** |
| AND RELATED COUNTERCLAIMS. | |

I, Michael G. Freedman, declare:

1. I am counsel for Plaintiff and Counterclaim-Defendant M&N Luxury AV, LLC. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached as **Exhibit 1** is a true and correct copy of Mr. Grobstein's May 1, 2026 opening report, which has been de-designated as confidential and attorneys eyes' only by agreement of the parties.

3. Attached as **Exhibit 2** is a true and correct copy of Mr. Grobstein's June 1, 2026 rebuttal report, which has been de-designated as confidential and attorneys eyes' only by agreement of the parties.

4. Attached as **Exhibit 3** is a true and correct copy of the deposition transcript of Mr. Grobstein, dated June 17, 2026, including Exhibit 3 thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2026, at Los Angeles, California.

*/s/ Michael G. Freedman*
Michael G. Freedman