Name, Address and Telephone Number of Attorney(s):

Michael G. Freedman (SBN 281279)
The Freedman Firm PC
1801 Century Park East, Suite 450
Los Angeles, CA 90067 michael@thefreedmanfirm.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br>Plaintiff(s)<br>v.<br>BANG & OLUFSEN AMERICA INC., a Delaware Corporation; et al.<br>Defendant(s). | CASE NUMBER<br>2:24-cv-02230-DSF-KES<br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☑ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case ***or*** ☑ or any active magistrate judge. for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 10/5/2026 /s/ Michael G. Freedman

Attorney for Plaintiff M&N LUXURY AV, LLC

Dated: ____________ ____________

Attorney for Plaintiff ____________

Dated: 10/5/2026 /s/ Johnathan Coleman

Attorney for Defendant BANG & OLUFSEN AMERICA

Dated: ____________ ____________

Attorney for Defendant ____________

NOTE: If additional signatures are required, attach an additional page to this request.