UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-02230-DSF-KESx Date: October 8, 2026

Title: M and N Luxury AV, LLC v. Bang and Olufsen America, Inc., et al.

PRESENT:
THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER Scheduling Settlement Conference**

This case has been referred to this Court by the District Judge for a settlement conference. A Settlement Conference is hereby scheduled for **October 20, 2026, at 9:00 a.m.** in Courtroom 6D in Santa Ana, CA.

Parties with full and complete settlement authority are required to personally attend the conference, together with trial counsel for each party. A corporate party shall send a representative with full and complete authority to make settlement decisions. If the settlement decision will be made in whole or in part by an insurer, the insurer shall send a representative with full and complete authority to make settlement decisions. Failure to produce the appropriate person(s) at the conference and/or failure to participate in good faith may result in an award of costs and attorney's fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

Settlement proceedings before the Magistrate Judge are confidential. This means that the parties may not disclose to District Judge or publicly file accounts of the Settlement Conference that include details about what was said or what offers/demands were exchanged. The rule's purpose is to encourage candidness during settlement discussions.

The parties may, but are not required to, submit to the Court a confidential brief regarding the status of their settlement discussions. The confidential brief should be emailed to KES_Chambers@cacd.uscourts.gov no later than **October 16, 2026**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL



The optional Confidential Brief should include:

A. A list of the claims and a very short explanation of the facts and documents tending to show why Defendant is liable or not liable and the likely amount of damages;

B. A forthright evaluation of the party's likelihood of prevailing on each of its claims and/or defenses;

C. The approximate amount of attorney's fees, time and costs expended to date, and an estimate of the fees, time and costs to be expended for (i) further discovery, (ii) pretrial motions, and (iii) trial;

D. The party's evaluation of the terms on which the other side is prepared to settle the case;

E. The party's evaluation of the terms on which the case could be settled fairly, taking into account the litigation position and settlement position of the other side.

Initials of Deputy Clerk JD