Michael G. Freedman (State Bar No. 281279)
**THE FREEDMAN FIRM PC**
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

*Attorney for Plaintiff and Counterclaim-Defendant*
*M&N LUXURY AV, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| M&N LUXURY AV, LLC, a California limited liability company,<br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA INC., a Delaware Corporation; BANG & OLUFSEN A/S, a Danish Company; B&O PLAY A/S, a Danish Company; BANG & OLUFSEN OPERATIONS A/S, a Danish Company; and DOES 1–25,<br>Defendants. | Case No. 2:24-cv-02230-DSF-KES<br><br>Assigned to Hon. Dale S. Fischer<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

Plaintiff and Counterclaim-Defendant M&N Luxury AV LLC, a California limited liability company ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Bang & Olufsen America Inc., Bang & Olufsen A/S, B&O Play A/S, and Bang & Olufsen Operations A/S (collectively, "B&O"), by and through their undersigned attorneys of record, submit this Status Report Regarding Settlement pursuant to the Court's order.

The parties have continued to meet and confer regarding settlement, including multiple telephonic discussions in the last two weeks since filing their respective pretrial documents. The parties also requested an ADR referral to a Magistrate Judge, which this Court granted on October 7, 2026. The parties contacted the Magistrate Judge the same day, and are currently scheduled to mediate with Magistrate Judge Karen E. Scott on October 20, 2026. The parties remain committed to attempting to reach a settlement if possible and will continue their efforts toward that goal.

DATED: October 13, 2026

**THE FREEDMAN FIRM PC**

By: */s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Plaintiff and
Counterclaim-Defendant
M&N LUXURY AV, LLC

**K&L GATES LLP**

By: */s/ Johnathan A. Coleman**
Johnathan A. Coleman
Christopher S. Finnerty (*Pro Hac Vice*)
Lindsay S. Bishop (*Pro Hac Vice*)
John C. Blessington (*Pro Hac Vice*)
*Attorneys for Defendants and*
*Counterclaim-Plaintiffs*

*Pursuant to L.R.5-4.3,4, I attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: *<u>/s/ Michael G. Freedman</u>*
Michael G. Freedman